### BOAS v. UNITED STATES.

(Circuit Court, S. D. New York. February 3, 1904.)

No. 3,418.

1. CUSTOMS DUTIES—CLASSIFICATION—MINIATURE STEAMSHIPS—MODELS OF IMPROVEMENTS IN THE ARTS.

Exact models of steamships of improved design, showing the details of the vessels, valued at about $1,000 each, and intended for exhibition in steamship offices, are models of improvements in the art of shipbuilding, and are free of duty, under paragraph 616, Tariff Act July 24, 1897, c. 11, Free List, 30 Stat. 199 [U. S. Comp. St. 1901, p. 1685], covering "models of inventions and of other improvements in the arts."

On application by Emil L. Boas, importer, to review a decision of the Board of General Appraisers, which affirmed the assessment of duty by the Collector of Customs at the port of New York. See G. A. 5,234.

Howard T. Walden, for appellant.
Charles D. Baker, Asst. U. S. Atty.

WHEELER, District Judge. This importation consists of two models of steamships of the Hamburg-American Line, made at the shipbuilding yards in Germany by the same company as that which constructed the steamships of which they are exact models on a scale of 75 to 1, showing in detail the hulls, upper works, hoisting engines, propellers, twin screws, etc., and of the value of about $1,000 each, intended for exhibition in the steamship company's offices. These steamships were of the latest and highest types of express passenger steamships for ocean travel. The models have been assessed for duty at "45 per cent. ad valorem," under paragraph 193 (Act July 24, 1897, c. 11, Schedule C, 30 Stat. 167 [U. S. Comp. St. 1901, p. 1645]), as "articles or wares not specially provided for, composed wholly or in part of iron, steel," etc., against a protest that they are free under paragraph 616 (Free List, 30 Stat. 199 [U. S. Comp. St. 1901, p. 1685]), as "models of inventions and of other improvements in the arts." These are not models of inventions, but shipbuilding is of itself an art, and these small models of the latest and most improved steamships seem, strictly speaking, to be improvements in the arts. Such articles are, by the provision of paragraph 616, not to be deemed "models" if they can be fitted for use otherwise. These obviously cannot be

fitted for any use otherwise than as such models, and they appear to fall within this paragraph 616 of the free list. The decision must therefore be reversed.

Decision reversed.